FILED
CLERK, U.S. DISTRICT COURT

2004 NOV -4 P 3: 46

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

MARK L. JOSEPHS, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 305-3630 (tel.)
(202) 514-8742 (fax)

PAUL M. WARNER, United States Attorney (#3389)
JAN N. ALLRED, Assistant United States Attorney (#4741)
185 South State Street #400
Salt Lake City, Utah 84111
(801) 524-5682 (tel.)

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NUTRACEUTICAL CORPORATION and SOLARAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LESTER CRAWFORD, D.V.M., Acting Commissioner, U.S. Food and Drug Administration, et al., <br><br> Defendants. | Case No. 2:04CV00409 TC |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The above-named Defendants move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing all of Plaintiffs' claims with prejudice. Defendants seek summary judgment on Plaintiffs' Cause of Action I on the ground that the Food and Drug



Administration ("FDA"), in promulgating the Final Rule Declaring Dietary Supplements Containing Ephedrine Alkaloids Adulterated Because They Present an Unreasonable Risk, 69 Fed. Reg. 6788 (Feb. 11, 2004) ("Final Rule"), satisfied its burden of proving that all ephedrine alkaloid-containing dietary supplements ("EDS") are adulterated because they present an unreasonable risk of illness or injury. Defendants seek summary judgment on Plaintiffs' Causes of Action II and III on the ground that Congress, in the Federal Food, Drug, and Cosmetic Act, has mandated certain differences in the way dietary supplements and foods are regulated. Defendants seek summary judgment on Plaintiffs' Cause of Action IV on the grounds that FDA followed the required rulemaking procedures when promulgating the Final Rule, and that the risk-benefit analysis used to determine unreasonable risk in the Final Rule did not require a separate notice-and-comment rulemaking because it is not a substantive rule. Defendants seek summary judgment on Plaintiffs' Cause of Action V on the ground that the Final Rule does not constitute an unconstitutional taking, so Plaintiffs are not entitled to any compensation from the government.

This motion is accompanied by a memorandum of law setting forth in detail the basis for Defendants' motion.

DATED this 4th day of November, 2004.

                                                Respectfully submitted,

                                                PAUL M. WARNER
                                                United States Attorney

                                                _/s/ Jan N. Allred_
                                                JAN N. ALLRED
                                                Assistant United States Attorney

| OF COUNSEL: | |
|---|---|
| ALEX M. AZAR II<br>General Counsel | MARK L. JOSEPHS<br>Trial Attorney<br>Office of Consumer Litigation |
| PAULA M. STANNARD<br>Deputy General Counsel | U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044 |
| DANIEL E. TROY<br>Chief Counsel<br>Food and Drug Division | (202) 305-3630 (tel.)<br>(202) 514-8742 (fax) |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel,<br> Litigation | |
| CLAUDIA J. ZUCKERMAN<br>Associate Chief Counsel<br>SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Department of Health<br> and Human Services<br>Office of General Counsel | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2004, I caused to be served by regular mail, postage prepaid, copies of "DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT" addressed as follows:

>Jonathan W. Emord, Esq.
>Emord & Associates, P.C.
>1800 Alexander Bell Drive
>Suite 200
>Reston, VA 20191

>Peggy A. Tomsic, Esq.
>Berman, Tomsic & Savage
>50 South Main Street, Suite 1250
>Salt Lake City, UT 84144

_/s/ [signature]_