

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

Nutraceutical Corp,

    Plaintiff,                                                        NOTICE

       vs.

Crawford,

    Defendant.                                              Case No.  2:04-cv-00409

TYPE OF CASE            CIVIL

PLEASE TAKE NOTICE that a proceeding in this case has been set for hearing before Honorable Tena Campbell at:

        Room 230
        350 South Main Street
        Salt Lake City, Utah

    On Monday, 2/7/05 at 3:00 p.m.

TYPE OF PROCEEDING: Cross Motions for Summary Judgment

                                           MARKUS B. ZIMMER,
                                           Clerk of Court

                                           By:  Aimee Trujillo
                                                Deputy Clerk

DATE:     November 9, 2004

**16**

alt

United States District Court
for the
District of Utah
November 9, 2004

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:04-cv-00409

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Ms. Peggy A Tomsic, Esq.
    BERMAN TOMSIC & SAVAGE
    50 S MAIN STE 1250
    SALT LAKE CITY, UT  84144
    EMAIL

    Jonathan Walker Emord, Esq.
    EMORD & ASSOCIATES
    1800 ALEXANDER BELL DR
    STE 200
    RESTON, VA  20191
    EMAIL

    Ms. Jan N. Allred, Esq.
    US ATTORNEY'S OFFICE
    ,
    EMAIL