MARK L. JOSEPHS, Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 305-3630 (tel.)
(202) 514-8742 (fax)

BRETT L. TOLMAN, United States Attorney (# 8821)
JOHN MANGUM, Assistant United States Attorney (# 2072)
185 South State Street #300
Salt Lake City, Utah 84111
(801) 524-5682 (tel.)

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NUTRACEUTICAL CORPORATION and SOLARAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW VON ESCHENBACH, M.D., Commissioner, U.S. Food and Drug Administration, et al., <br><br> Defendants. | Case No. 2:04CV00409 PGC |

DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The above-named Defendants move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing Causes of Action III and IV of Plaintiffs' complaint with prejudice. Defendants seek summary judgment on Plaintiffs' Cause of Action III on the

ground that the Food and Drug Administration ("FDA"), in promulgating the Final Rule Declaring Dietary Supplements Containing Ephedrine Alkaloids Adulterated Because They Present an Unreasonable Risk, 69 Fed. Reg. 6788 (Feb. 11, 2004) ("Final Rule"), acted on a rational basis, in accordance with the Administrative Procedure Act and the Federal Food, Drug, and Cosmetic Act, in excluding non-dietary supplement products from the Final Rule. Defendants seek summary judgment on Plaintiffs' Cause of Action IV on the grounds that FDA followed the required rulemaking procedures when promulgating the Final Rule, and that the risk-benefit analysis used to determine unreasonable risk in the Final Rule did not require a separate notice-and-comment rulemaking because it is not a substantive rule.

This motion is accompanied by a memorandum of law setting forth in detail the basis for Defendants' motion.

DATED this 18th day of January, 2007.

> Respectfully submitted,
>
> BRETT L. TOLMAN
> United States Attorney
>
> JOHN MANGUM
> Assistant United States Attorney

OF COUNSEL:

DANIEL MERON  
General Counsel  
Department of Health  
and Human Services

SHELDON T. BRADSHAW  
Chief Counsel  
Food and Drug Division

ERIC M. BLUMBERG  
Deputy Chief Counsel, Litigation

CLAUDIA J. ZUCKERMAN  
Associate Chief Counsel  
U.S. Department of Health and Human Services  
Office of General Counsel

Dated: January 18, 2007

/s/ Mark L. Josephs  
MARK L. JOSEPHS  
Trial Attorney  
Office of Consumer Litigation  
U.S. Department of Justice  
P.O. Box 386  
Washington, D.C. 20044  
(202) 305-3630  
(202) 514-8742 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2007, I electronically filed a true and correct copy of "DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT" with the Clerk of the Court using the CM/ECF system which sent notification of filing to the following:

>Jonathan W. Emord, Esq.
>Emord & Associates, P.C.
>1800 Alexander Bell Drive
>Suite 200
>Reston, VA 20191

>Peggy A. Tomsic, Esq.
>Tomsic & Peck LLC
>136 East South Temple
>Suite 800
>Salt Lake City, UT  84111

>/s/ Mark L. Josephs
>Mark L. Josephs
>Attorney for Defendants